■ TOWN OF BIG FLATS, Respondent, v ELWYN E. VAUGHAN, Appellant

Mahoney, P. J., Main, Mikoll, Yesawich, Jr., and Harvey, JJ., concur.